JUN 27 PM 4:40
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, Plaintiff, )

v. ) CAUSE NO. 1:08-cr-0016-SEB/KPF

ROLLIE MONTEZ MITCHELL, Defendant. )

# MOTION TO WITHDRAW AS COUNSEL

Comes now, Sarah L. Nagy, attorney for the Defendant, Rollie Mitchell, and does now request permission from this Court to withdraw from this case as counsel of record. In support, Counsel states the following:

Counsel requests permission from this court to withdraw immediately upon this court's ruling on Detainee-Mitchell's request to enforce the state court-issued writ.

Respectfully submitted:

Sarah L. Nagy

## CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the foregoing document has been served upon:

Michelle Jennings, AUSA
U.S. Attorney's Office
10 W. Market Street, Suite 2100
Indianapolis, IN 46204

Jennifer H. Culotta
CULOTTA & CULOTTA LLP
432 E. Court Avenue
Jeffersonville, IN 47130

Bill Hoelscher, DPA,
Wayne County Prosecutor
Courthouse, 1st Fl., 301 E. Main Street
Richmond, Indiana 47374

Rollie Montez Mitchell/T00343314
Cell Block 2L
Marion County Jail
40 S. Alabama St.
Indianapolis, IN 46204

Sarah L. Nagy, Esq.

Sarah L. Nagy, Esq.
The Nagy Law Office
6535 E. 82nd Street, Suite 215
Indianapolis, Indiana 46250
Phone: (317) 574-9113
Fax: (317) 915-0301